**FIFTH DIVISION**
**McFADDEN, P. J.,**
**GOBEIL J. and COOMER, J.**

**NOTICE: Motions for reconsideration must be**
***physically received* in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**December 13, 2018**

# In the Court of Appeals of Georgia

A17A1270. THE STATE v. ALMANZA.

GOBEIL, Judge.

In *State v. Almanza*, ___ Ga. ___ (Case No. S18G0585, decided October 9, 2018), the Supreme Court of Georgia reversed the judgment of this Court in *State v. Almanza*, 344 Ga. App. 38 (807 SE2d 517) (2017). Accordingly, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own. In accordance with that opinion, we vacate that part of the trial court's order finding inadmissible statements made by the mother of the alleged child molestation victim to the child's physicians, in which the mother identified Almanza as the perpetrator of the alleged molestation. We remand for the trial court to consider whether the statements at issue are admissible under OCGA § 24-8-803 (4), pursuant to the test set forth in *United States v. Renville*, 779 F.2d 430 (8th Cir. 1985).

*Judgment vacated and case remanded with direction. McFadden, P. J., and Coomer, J., concur.*